

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRICIANO DIAZ SALGADO, an individual; ESTHER SALGADO ADAME, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant. | Case 5:24-cv-536-JGB-ACCV<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## <u>JUDGMENT</u>

Pursuant to the Court's Order entered substantially contemporaneously, **IT IS HEREBY ORDERED**:

1. The Court **ENTERS** Judgement in favor of Plaintiffs against Defendant.

2. The Court **AWARDS** Plaintiff Fabriciano Diaz Salgado economic damages in the amount of $272,478.19 and non-economic damages in the amount of $1,075,500.00 for a total of $1,347,978.19, exclusive of costs and statutory interest under 28 U.S.C. § 1961.

3. The Court **AWARDS** Plaintiff Esther Salgado Adame economic damages in the amount of $233,190.00 and non-economic damages in the amount of

$871,200.00 for a total of $1,104,390.00, exclusive of costs and statutory interest under 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: May 11, 2026

Honorable Jesus G. Bernal
United States District Judge